UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| Plaintiff(s), <br> v. <br> Defendant(s). | Case No: _____ <br> **APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE** <br> (CIVIL LOCAL RULE 11-3) |

I, _____, an active member in good standing of the bar of _____, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: _____ in the above-entitled action. My local co-counsel in this case is _____, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| My address of record: | Local co-counsel's address of record: |
|---|---|
| My telephone # of record: | Local co-counsel's telephone # of record: |
| My email address of record: | Local co-counsel's email address of record: |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: _____.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: _____
                                                                                        APPLICANT

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of _____ is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:   August 5, 2013
                                                                                        UNITED STATES DISTRICT/MAGISTRATE JUDGE