| | |
|---|---|
| Steven T. Lowe, Esq. SBN 122208<br>Kris LeFan, Esq., SBN 278611<br>LOWE & ASSOCIATES, P.C.<br>11400 Olympic Blvd., Suite 640<br>Los Angeles, CA 90064<br>Telephone: (310) 477-5811<br>Facsimile: (310) 477-7672<br>kris@lowelaw.com<br><br>Hao Ni, Texas Bar No. 24047205<br>admitted *pro hac vice*<br>hni@nilawfirm.com<br>Neal G. Massand, Texas Bar No. 24039038<br>admitted *pro hac vice*<br>nmassand@nilawfirm.com<br>NI, WANG & ASSOCIATES, PLLC<br>8140 Walnut Hill Ln., Ste. 310<br>Dallas, TX 75231<br>Telephone: (972) 331-4600<br>Facsimile: (972) 314-0900<br><br>Attorneys for Plaintiffs<br>Arczar, LLC and GeoVector Corporation | Jerry A. Riedinger, *pro hac vice* application anticipated<br>JRiedinger@perkinscoie.com<br>Tyler C. Peterson, *pro hac vice* application anticipated<br>TCPeterson@perkinscoie.com<br>Antoine M. McNamara, Bar No. 261980<br>AMcNamara@perkinscoie.com<br>PERKINS COIE LLP<br>1201 Third Avenue, Suite 4900<br>Seattle, WA 98101-3099<br>Telephone:  206.359.8000<br>Facsimile:  206.359.9000<br><br>Timothy J. Franks, Bar No. 197645<br>TFranks@perkinscoie.com<br>PERKINS COIE LLP<br>2901 N. Central Avenue, Suite 2000<br>Phoenix, AZ 85012-2788<br>Telephone:  602.351.8000<br>Facsimile:  602.648.7000<br><br>Bobbie Wilson, Bar No. 148317<br>BWilson@perkinscoie.com<br>PERKINS COIE LLP<br>Four Embarcadero Center, Suite 2400<br>San Francisco, CA 94111-4131<br>Telephone:  415.344.7000<br>Facsimile:  415.344.7050<br><br>Attorneys for Defendant<br>Nintendo of America Inc. |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ARCZAR LLC and GEOVECTOR CORPORATION,<br><br>  Plaintiffs,<br><br>  v.<br><br>NINTENDO OF AMERICA INC.,<br><br>  Defendant. | Case No. 3:13-cv-02672-WHO<br><br>**STIPULATION TO MOVE CASE MANAGEMENT CONFERENCE; ORDER**<br><br>Ctrm:  E, 17th Floor<br>Judge:  Honorable William H. Orrick |

Pursuant to Judge Orrick's Case Management Conference Order, Plaintiffs Arczar, LLC and GeoVector Corporation, and Defendant Nintendo of America Inc. hereby stipulate to move the Case Management Conference from September 17, 2013 at 2:00 p.m. to September 24, 2013.

Good cause exists as this Court will be holding a Case Management Conference in a case involving the same Plaintiffs and a number of the same asserted patents against Sony Entertainment Corporation of America on September 24, 2013 at 2:00 p.m.

Dated: August 27, 2013                LOWE & ASSOCIATES, P.C.

                                      By: */s/ Kris S. LeFan*
                                          KRIS S. LEFAN

                                      Attorney for Plaintiffs
                                      ARCZAR, LLC AND AND GEOVECTOR CORPORATION

Dated: August 27, 2013                PERKINS COIE, LLP

                                      By: */s/ Timothy J. Franks*
                                          TIMOTHY J. FRANKS

                                      Attorney for Defendant
                                      NINTENDO OF AMERICA INC.

### FILER'S ATTESTATION

Pursuant to Civil L.R. 5-1(i)(3), regarding signatures, I, Kris LeFan, attest that concurrence in the filing of this document has been obtained.

Dated: August 27, 2013                */s/ Kris S. LeFan*
                                      KRIS S. LEFAN

PURSUANT TO STIPULATION, IT IS SO ORDERED

Dated: September 5, 2013              _____
                                      Honorable William H. Orrick
                                      District Court Judge