| | |
|---|---|
| Steven T. Lowe, Esq. SBN 122208 | Jerry A. Riedinger, Wash. Bar No. 25828 |
| Kris LeFan, Esq., SBN 278611 | admitted *pro hac vice* |
| LOWE & ASSOCIATES, P.C. | JRiedinger@perkinscoie.com |
| 11400 Olympic Blvd., Suite 640 | Tyler C. Peterson, Wash. Bar No. 39816 |
| Los Angeles, CA 90064 | admitted *pro hac vice* |
| Telephone: (310) 477-5811 | TCPeterson@perkinscoie.com |
| Facsimile: (310) 477-7672 | Antoine M. McNamara, Bar No. 261980 |
| kris@lowelaw.com | AMcNamara@perkinscoie.com |
| | PERKINS COIE LLP |
| Hao Ni, Texas Bar No. 24047205 | 1201 Third Avenue, Suite 4900 |
| admitted *pro hac vice* | Seattle, WA 98101-3099 |
| hni@nilawfirm.com | Telephone:  206.359.8000 |
| Neal G. Massand, Texas Bar No. 24039038 | Facsimile:  206.359.9000 |
| admitted *pro hac vice* | |
| nmassand@nilawfirm.com | Timothy J. Franks, Bar No. 197645 |
| NI, WANG & ASSOCIATES, PLLC | TFranks@perkinscoie.com |
| 8140 Walnut Hill Ln., Ste. 310 | PERKINS COIE LLP |
| Dallas, TX 75231 | 2901 N. Central Avenue, Suite 2000 |
| Telephone: (972) 331-4600 | Phoenix, AZ 85012-2788 |
| Facsimile: (972) 314-0900 | Telephone:  602.351.8000 |
| | Facsimile:  602.648.7000 |
| Attorneys for Plaintiffs | |
| Arczar, LLC and GeoVector Corporation | Bobbie Wilson, Bar No. 148317 |
| | BWilson@perkinscoie.com |
| | PERKINS COIE LLP |
| | Four Embarcadero Center, Suite 2400 |
| | San Francisco, CA 94111-4131 |
| | Telephone:  415.344.7000 |
| | Facsimile:  415.344.7050 |
| | |
| | Attorneys for Defendant |
| | Nintendo of America Inc. |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| ARCZAR LLC and GEOVECTOR CORPORATION,<br><br>              Plaintiffs,<br><br>    v.<br><br>NINTENDO OF AMERICA INC.,<br><br>              Defendant. | Case No. 3:13-cv-02672-WHO<br><br>**STIPULATION AMENDING PROPOSED CASE SCHEDULE & ORDER**<br><br>Ctrm:   E, 17th Floor<br>Judge:  Honorable William H. Orrick |

As discussed at the Case Management Conference held on September 24, 2013, the parties hereby submit this stipulated agreement amending their proposed case schedule, which was attached as Exhibit A to the Joint Case Management Statement. (Dkt. No. 50.) The amended proposed case schedule is attached as Exhibit A to this stipulation.

Dated: September 27, 2013　　　　　　　　　　　LOWE & ASSOCIATES, P.C.

　　　　　　　　　　　　　　　　　　　　　　By: */s/ Kris S. LeFan*
　　　　　　　　　　　　　　　　　　　　　　　　KRIS LEFAN

　　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiffs
　　　　　　　　　　　　　　　　　　　　　　ARCZAR, LLC and
　　　　　　　　　　　　　　　　　　　　　　GEOVECTOR CORPORATION

Dated: September 27, 2013　　　　　　　　　　　PERKINS COIE, LLP

　　　　　　　　　　　　　　　　　　　　　　By: */s/ Timothy J. Franks*
　　　　　　　　　　　　　　　　　　　　　　　　TIMOTHY J. FRANKS

　　　　　　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　　　　　　NINTENDO OF AMERICA INC.

## **ORDER**

The above stipulation is approved. The attached amended proposed schedule is adopted, and all parties shall comply with the deadlines set forth therein. [In addition, the Court makes the further orders stated below:] **The tutorial is set for June 6, 2014 at 9:00 a.m. The Claim Construction hearing is set for June 13, 2014 at 9:00 a.m.**

IT IS SO ORDERED.

Dated: __October 9, 2013_____　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Honorable William H. Orrick
　　　　　　　　　　　　　　　　　　　　　　　　　District Court Judge