| | |
|---|---|
| Steven T. Lowe, Esq. SBN 122208 | Jerry A. Riedinger, *pro hac vice* application anticipated |
| Kris LeFan, Esq., SBN 278611 | JRiedinger@perkinscoie.com |
| LOWE & ASSOCIATES, P.C. | Tyler C. Peterson, *pro hac vice* application anticipated |
| 11400 Olympic Blvd., Suite 640 | TCPeterson@perkinscoie.com |
| Los Angeles, CA 90064 | Antoine M. McNamara, Bar No. 261980 |
| Telephone: (310) 477-5811 | AMcNamara@perkinscoie.com |
| Facsimile: (310) 477-7672 | PERKINS COIE LLP |
| kris@lowelaw.com | 1201 Third Avenue, Suite 4900 |
| | Seattle, WA 98101-3099 |
| Hao Ni, Texas Bar No. 24047205 | Telephone: 206.359.8000 |
| admitted *pro hac vice* | Facsimile: 206.359.9000 |
| hni@nilawfirm.com | |
| Neal G. Massand, Texas Bar No. 24039038 | Timothy J. Franks, Bar No. 197645 |
| admitted *pro hac vice* | TFranks@perkinscoie.com |
| nmassand@nilawfirm.com | PERKINS COIE LLP |
| NI, WANG & ASSOCIATES, PLLC | 2901 N. Central Avenue, Suite 2000 |
| 8140 Walnut Hill Ln., Ste. 310 | Phoenix, AZ 85012-2788 |
| Dallas, TX 75231 | Telephone: 602.351.8000 |
| Telephone: (972) 331-4600 | Facsimile: 602.648.7000 |
| Facsimile: (972) 314-0900 | |
| | Bobbie Wilson, Bar No. 148317 |
| Attorneys for Plaintiffs | BWilson@perkinscoie.com |
| Arczar, LLC and GeoVector Corporation | PERKINS COIE LLP |
| | Four Embarcadero Center, Suite 2400 |
| | San Francisco, CA 94111-4131 |
| | Telephone: 415.344.7000 |
| | Facsimile: 415.344.7050 |
| | |
| | Attorneys for Defendant |
| | Nintendo of America Inc. |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| ARCZAR LLC and GEOVECTOR CORPORATION,<br><br>　　　　　　　　Plaintiffs,<br><br>　v.<br><br>NINTENDO OF AMERICA INC.,<br><br>　　　　　　　　Defendant. | Case No. 3:13-cv-02672-WHO<br><br>**STIPULATED MOTION TO DIMISS WITH PREJUDICE**<br><br>Ctrm:　E, 17th Floor<br>Judge:　Honorable William H. Orrick |

## **STIPULATED MOTION TO DISMISS WITH PREJUDICE**

Plaintiffs Arczar, LLC and Geovector Corporation (collectively, "Plaintiffs") on the one hand, and Defendant Nintendo of America, Inc. ("Nintendo") on the other hand, pursuant to Fed. R. Civ. P.4l(a)(2) and (c), hereby move for an order dismissing all of Plaintiffs' claims in this action and all of Nintendo's counterclaims in this action WITH PREJUDICE, subject to the terms of that certain agreement entitled "SETTLEMENT, RELEASE, AND LICENSE AGREEMENT" and dated May 26, 2014, with each party to bear its own costs, expenses and attorneys' fees.

Dated: Jun 13, 2014.　　　　　　　　　　　　LOWE & ASSOCIATES, P.C.

　　　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Kris LeFan*
　　　　　　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　　　　　　　　　　KRIS LEFAN

　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiffs
　　　　　　　　　　　　　　　　　　　　ARCZAR, LLC AND AND GEOVECTOR CORPORATION

Dated: Jun 13, 2014.　　　　　　　　　　　　PERKINS COIE, LLP

　　　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Timothy J. Franks*
　　　　　　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　　　　　　　　　　TIMOTHY J. FRANKS

　　　　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　　　　NINTENDO OF AMERICA INC.

**AGREED ORDER OF DISMISSAL WITH PREJUDICE**

CAME ON THIS DAY for consideration of the Stipulated Motion for Dismissal With Prejudice of all claims by Plaintiffs Arczar, LLC and Geovector Corporation ("Plaintiffs") and all counterclaims by Defendant Nintendo of America, Inc. ("Nintendo") in this case, and the Court being of the opinion that said motion should be GRANTED, it is hereby

ORDERED, ADJUDGED AND DECREED that all claims asserted in this suit by Plaintiffs against Nintendo and all counterclaims by Nintendo against Plaintiffs are hereby DISMISSED WITH PREJUDICE, subject to the terms of that certain agreement entitled "SETTLEMENT, RELEASE, AND LICENSE AGREEMENT" and dated May 26, 2014.

It is further ORDERED that all attorneys' fees, costs, and expenses are to be borne by the party that incurred them.

Dated: June 18, 2014



United States District Court Judge